USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

BUILDING MATERIAL TEAMSTERS LOCAL
282, I.B.T.,

                                    Plaintiff,                    19-CV-8323 (GHW) (KHP)

            -against-                            **ORDER**

CUENCA CORONEL TRUCKING, INC,

                                    Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed during today's conference, the parties agree that there will be no discovery in this case. Defendant will have until **January 22, 2020** to file its motion to vacate the arbitration award. Plaintiff's cross-motion to confirm the arbitration award and brief in opposition to Defendant's motion to vacate will be due by **February 18, 2020**. Defendant's reply brief is due by **March 3, 2020** and Defendant's sur-reply brief is due by **March 17, 2020**.

     **SO ORDERED.**

DATED:      New York, New York
                December 9, 2019

                                                      _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge