USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BUILDING MATERIAL TEAMSTERS LOCAL
282, I.B.T.,

          Plaintiff,      19-CV-8323 (GHW) (KHP)

   -against-          **ORDER**

CUENCA CORONEL TRUCKING, INC,

          Defendant.

------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed during today's conference, the parties agree that there will be no discovery in this case. Defendant will have until **January 22, 2020** to file its motion to vacate the arbitration award. Plaintiff's cross-motion to confirm the arbitration award and brief in opposition to Defendant's motion to vacate will be due by **February 18, 2020**. Defendant's reply brief is due by **March 3, 2020** and Defendant's sur-reply brief is due by **March 17, 2020**.

  **SO ORDERED.**

DATED:  New York, New York
      December 9, 2019

                *Katharine H. Parker*
                _____
                KATHARINE H. PARKER
                United States Magistrate Judge