USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BUILDING MATERIAL TEAMSTERS LOCAL
282, I.B.T,

                     Plaintiff,                                  19 **CIVIL** 8323 (KHP)

        -against-                                      **JUDGMENT**

CUENCA CORONEL TRUCKING, INC.,
                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 17, 2020, this Court finds that the Award must be confirmed, as there is no evidence that the Award was made in manifest disregard of the law nor is there evidence that the Arbitrator exceeded his authority in rendering the Award. The Court also finds that Plaintiff is entitled to reasonable attorney's fees and costs incurred during this litigation. Accordingly, Plaintiff's cross-motion to confirm the Award is GRANTED and Defendant's cross-motion to vacate the Award is DENIED.

**Dated**: New York, New York
            August 17, 2020

                                                  **RUBY J. KRAJICK**
                                                     Clerk of Court
                                   BY:
                                                     **Deputy Clerk**